HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00182-KES |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| LEO NORMAN AGUILAR, | |
| *Defendant.* | |

Defendant, Leo Norman Aguilar, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

Mr. Aguilar pled guilty in 2018 to conspiracy to commit bank fraud, aggravated identity theft, aiding and abetting. Following 65 months in custody, he began 3 years of supervised release on September 28, 2023. Mr. Aguilar submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED:  March 12, 2025                         */s/ Peggy Sasso*
                                               PEGGY SASSO
                                               First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **March 12, 2025**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE