**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street. Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant LEO NORMAN AGUILAR.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:24-CR-00182-KES |
| ) | |
| Plaintiff, ) | **MOTION TO WITHDRAW AS COUNSEL** |
| vs. ) | **OF RECORD AND APPOINT COUNSEL;** |
| ) | **ORDER** |
| LEO NORMAN AGUILAR, ) | |
| ) | |
| Defendant. ) | |

   Melissa Baloian, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent Leo Norman Aguilar. As grounds she states:

   1.   Melissa Baloian was appointed to represent defendant on March 20, 2025.

   2.   At the time of appointment, the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

   3.    Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court and consequently must close her law practice.

   4.   Defendant Leo Norman Aguilar is still in need of counsel. The Federal Defender's Office has contacted Yan Shrayberman, who is available to assume

representation. His contact information is Law Offices of Yan E. Shrayberman; P.O. Box 506; Fresno, CA; 93709; (559) 779-2315; YanEsq@me.com.

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and new counsel, Yan Shrayberman, be appointed. Undersigned counsel requests that she be removed from the service list.

Dated: June 24, 2025                                   Respectfully submitted,


  /s/ *Melissa Baloian*
Melissa Baloian
Attorney for Defendant
Leo Norman Aguilar


**ORDER**

Attorney Melissa Baloian's motion to withdraw as counsel is hereby GRANTED and her name should be removed from the service list. Attorney Yan Shrayberman is hereby appointed as counsel *nunc pro tunc*.

IT IS SO ORDERED.

Dated:   June 24, 2025

UNITED STATES DISTRICT JUDGE