CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:  (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Leo Norman Aguilar

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| UNITED STATES OF AMERICA, | Court Case#:  1:24-CR-00182 |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW THE PREVIOUSLY FILED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER** |
| v. | |
| Leo Norman Aguilar | |
| Defendant. | |

On September 15, 2025, Defendant Aguilar, though his counsel Yan E. Shrayberman, filed his motion for early termination of supervised release. (Dkt. 10) Mr. Aguilar now wishes to withdraw his previously filed motion and remain on supervised release at the current status.

Dated: November 17, 2025          CROWN LAW FIRM


                                                    /s/ Yan E. Shrayberman
                                                    YAN E. SHRAYBERMAN
                                                    Attorney for Defendant
                                                    Leo Norman Aguilar

MOTION TO WITHDRAW THE PREVIOUSLY FILED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER                                                                                                          -1-

**ORDER**

The motion to withdraw the previously filed motion for early termination of supervised release (Dkt.10), is Granted.

IT IS SO ORDERED.

Dated:   November 17, 2025

UNITED STATES DISTRICT JUDGE

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

MOTION TO WITHDRAW THE PREVIOUSLY FILED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER    -2-