CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:    (559) 442-1567

Attorney for Defendant
Leo Norman Aguilar

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| UNITED STATES OF AMERICA, | Court Case#:  1:24-CR-00182 |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| Leo Norman Aguilar | |
| Defendant. | |

On June 24, 2025, CJA Panel Attorney Yan E. Shrayberman was appointed to represent Mr. Aguilar in conjunction to the request for an early termination of supervised release. Mr. Aguilar has subsequently decided not to request early termination of his supervised release. Having completed his representation of Mr Aguilar, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

///

///

///

///

///

Should Mr. Aguilar require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: November 17, 2025          CROWN LAW FIRM

/s/ Yan E. Shrayberman
YAN E. SHRAYBERMAN
Attorney for Defendant
Leo Norman Aguilar

**CROWN LAW FIRM**
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

**ORDER**

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Aguilar and to update the docket to reflect his current status and contact information:

    1255 Mount Langley Ct
    Tulare, CA 93742

IT IS SO ORDERED.

Dated:  November 17, 2025

UNITED STATES DISTRICT JUDGE